MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3689
Fax: (510) 637-3724
E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00096 YGR |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING ON JUNE 20, 2013 |
| JOHN LEE COBB, | |
| Defendant. | |

The above-captioned matter is currently set on May 23, 2013 before the Court for change of plea hearing or trial setting. The parties request that this Court set this matter for a change of plea hearing on June 20, 2013 at 2:00 p.m., and that the Court exclude time under the Speedy Trial Act between May 23, 2013 and June 20, 2013. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIPULATION AND EXCLUSION OF TIME
CR 13-00096 YGR

1

Such continuance is required because defense counsel needs time to research legal and factual issues in order to finalize the terms of the plea agreement.  This continuance will allow the reasonable time necessary for effective preparation taking into account the exercise of due diligence.   As such, the parties respectfully request that the time between May 23, 2013 and June 20, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  May 22, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

  /s/ *Rodney C. Villazor*
RODNEY C. VILLAZOR
Assistant United States Attorney

  /s/ *Joyce Leavitt*
JOYCE LEAVITT
Attorney for JOHN LEE COBB

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until June 20, 2013 at 2:00 p.m. before the Court, and time is excluded until June 20, 2013.

**IT IS SO ORDERED.**

DATED: May 22, 2013

YVONNE GONZALEZ ROGERS
United States District Judge

STIPULATION AND EXCLUSION OF TIME
CR 13-00096 YGR

2